FILED

11/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0023

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0023

_____

CITY OF MISSOULA,

      Plaintiff and Appellee,

  v.                                O R D E R

MARK FOLLWEILER,

      Defendant and Appellant,.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 20 2024